# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TIFFANY GELLY,

        Plaintiff,

v.

ANDREW ROBERT DUNN, CHEX
SYSTEMS, INC., CLARITY
SERVICES, INC., FACTORTRUST,
INC., NISWI, LLC d/b/a LENDUMO,
and SOAREN MANAGEMENT, LLC,

        Defendants.       /

Case No. 6:25-cv-00043-GAP-UAM

## DEFENDANT FACTORTRUST, INC.'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, FactorTrust, Inc. ("FactorTrust"), the Defendant herein, by and through its attorneys, files its Answer and Defenses to Plaintiff's Complaint and Demand for Jury Trial ("Complaint") filed by Tiffany Gelly ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

### PRELIMINARY STATEMENT

1.    FactorTrust admits only that Plaintiff has asserted claims against Defendants for damages for alleged violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*, and Florida's Civil Remedies for Criminal Practices Act ("CRCPA"), § 772.101, Fla. Stat., *et seq.* FactorTrust denies the remaining allegations contained in paragraph 1 of the Complaint.

## JURISDICTION AND VENUE

2.    FactorTrust admits that jurisdiction is proper in this Court.

3.    FactorTrust admits that this Court has supplemental jurisdiction.

4.    FactorTrust admits that jurisdiction is proper in this Court.

5.    FactorTrust admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in the Middle District of Florida. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

## PARTIES

6.    FactorTrust admits Plaintiff is a natural person. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

7.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9.    FactorTrust is without information or knowledge sufficient to form a

7795699.1

belief as to the truth of the allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

11.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12.    FactorTrust admits that it is a limited liability company organized under the laws of the State of Delaware. FactorTrust admits that it maintains a registered agent in the State of Delaware.  FactorTrust denies the remaining allegations contained in paragraph 12 of the Complaint.

13.    FactorTrust admits that it maintains a registered agent within the State of Delaware.

14.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies same.

17.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

19.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint

7795699.1

and, therefore, denies same.

## FACTUAL ALLEGATIONS

23.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, or the authenticity of Exhibits A, B, and C, and, therefore, denies same and, therefore, denies same.

24.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies same.

26.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint

and, therefore, denies same.

29.    The provisions of § 687.02(1), Fla. Stat are self-evident and speaks for itself.  FactorTrust denies the allegations contained in paragraph 29 of the Complaint.

30.    The provisions of § 687.071(3), Fla. Stat are self-evident and speaks for itself.  FactorTrust denies the allegations contained in paragraph 30 of the Complaint.

31.    The provisions of § 687.071(7), Fla. Stat are self-evident and speaks for itself.  FactorTrust denies the allegations contained in paragraph 31 of the Complaint.

32.    The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 32 of the Complaint.

33.    The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 33 of the Complaint.

34.    The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 34 of the Complaint.

35.    The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 35 of the Complaint.

36.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

37.    The provisions of § 516.02(1), Fla. Stat are self-evident and speaks for itself.  FactorTrust denies the allegations contained in paragraph 37 of the Complaint.

38.    The provisions of § 516.02(1), Fla. Stat are self-evident and speaks for itself.  FactorTrust denies the allegations contained in paragraph 38 of the Complaint.

39.    The provisions of § 516.02(c), Fla. Stat are self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 39 of the Complaint.

40.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and, therefore, denies same.

41.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and, therefore, denies same.

42.    FactorTrust denies the allegations contained in paragraph 42 of the Complaint.

43.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore, denies same.

45.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint

and, therefore, denies same.

46.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore, denies same.

47.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and, therefore, denies same.

48.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, therefore, denies same.

49.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and, therefore, denies same.

51.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and, therefore, denies same.

52.     FactorTrust is without information or knowledge sufficient to form a

7795699.1

belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies same.

53.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies same.

54.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies same.

55.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies same.

56.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and, therefore, denies same.

57.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and, therefore, denies same.

58.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies same.

7795699.1

59.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and, therefore, denies same.

60.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, therefore, denies same.

61.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies same.

62.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and, therefore, denies same.

63.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and, therefore, denies same.

64.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and, therefore, denies same.

65.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint

7795699.1

and, therefore, denies same.

66.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and, therefore, denies same.

67.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and, therefore, denies same.

68.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and, therefore, denies same.

69.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and, therefore, denies same.

70.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and, therefore, denies same.

71.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and, therefore, denies same.

72.    FactorTrust is without information or knowledge sufficient to form a

7795699.1

belief as to the truth of the allegations contained in paragraph 72 of the Complaint and, therefore, denies same.

73.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and, therefore, denies same.

74.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies same.

75.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and, therefore, denies same.

76.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint, or the authenticity of Exhibit D and, therefore, denies same, including all subparts.

77.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and, therefore, denies same.

78.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint, and, therefore, denies same.

79.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and, therefore, denies same.

80.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and, therefore, denies same.

81.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and, therefore, denies same.

82.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies same.

83.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and, therefore, denies same.

84.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and, therefore, denies same.

85.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint

and, therefore, denies same.

86.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and, therefore, denies same.

87.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and, therefore, denies same.

88.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore, denies same.

89.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and, therefore, denies same.

90.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and, therefore, denies same.

91.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint and, therefore, denies same, including all subparts.

92.    FactorTrust is without information or knowledge sufficient to form a

14

belief as to the truth of the allegations contained in paragraph 92 of the Complaint and, therefore, denies same.

93. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and, therefore, denies same.

94. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and, therefore, denies same.

95. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and, therefore, denies same.

96. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies same.

97. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and, therefore, denies same.

98. FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and, therefore, denies same.

99.     FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and, therefore, denies same.

100.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and, therefore, denies same.

101.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and, therefore, denies same.

102.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and, therefore, denies same.

103.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and, therefore, denies same.

104.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint and, therefore, denies same.

105.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint

7795699.1

and, therefore, denies same.

106.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and, therefore, denies same.

107.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and, therefore, denies same.

108.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and, therefore, denies same.

109.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and, therefore, denies same.

110.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and, therefore, denies same.

111.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint and, therefore, denies same.

112.    The case law cited is self-evident and speaks for itself. FactorTrust denies

the allegations contained in paragraph 112 of the Complaint.

113.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint, or the authenticity of Exhibit E and, therefore, denies same.

114.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint, or the authenticity of Exhibit F and, therefore, denies same.

115.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint, or the authenticity of Exhibit G and, therefore, denies same.

116.   Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint and, therefore, denies same.

117.   Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and, therefore, denies same.

118.   Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies same.

119.    Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and, therefore, denies same.

120.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and, therefore, denies same.

121.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint and, therefore, denies same.

122.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint and, therefore, denies same.

123.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and, therefore, denies same.

124.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint

and, therefore, denies same.

125.   The publication is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 125 of the Complaint.

126.   The publication is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 126 of the Complaint.

127.   The publication is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 127 of the Complaint.

128.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint, and, therefore, denies same.

129.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint, and, therefore, denies same.

130.   The publication is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 130 of the Complaint.

131.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint, and, therefore, denies same.

132.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint,

7795699.1

and, therefore, denies same.

133.  FactorTrust denies the allegations contained in paragraph 133 of the Complaint.

134.  Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint and, therefore, denies same.

135.  FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint and, therefore, denies same.

136.  Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint and, therefore, denies same.

137.  Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint and, therefore, denies same.

138.  Because of the vague and generalized nature of the allegations, FactorTrust is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 138 of the Complaint and, therefore, denies same.

139.  FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint and, therefore, denies same.

140.  The case law is self-evident and speaks for itself.  FactorTrust denies the remaining allegations contained in paragraph 140 of the Complaint.

141.  FactorTrust denies the allegations contained in paragraph 141 of the Complaint.

142.  FactorTrust denies the allegations contained in paragraph 142 of the Complaint.

143.  FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint and, therefore, denies same.

144.  FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint and, therefore, denies same.

145.  FactorTrust denies the allegations contained in paragraph 145 of the Complaint.

146.  FactorTrust denies the allegations contained in paragraph 146 of the

7795699.1

Complaint.

147.    FactorTrust denies the allegations contained in paragraph 147 of the Complaint.

148.    FactorTrust denies the allegations contained in paragraph 148 of the Complaint.

149.    FactorTrust denies the allegations contained in paragraph 149 of the Complaint.

150.    The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 150 of the Complaint.

151.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint and, therefore, denies same.

152.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint and, therefore, denies same.

153.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint and, therefore, denies same.

154.    FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint

7795699.1

and, therefore, denies same.

155.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Complaint and, therefore, denies same.

156.   RICO and its definitions are self-evident and speak for themselves. FactorTrust denies the allegations contained in paragraph 156 of the Complaint.

157.   The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 157 of the Complaint.

158.   The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 158 of the Complaint.

159.   FactorTrust denies the allegations contained in paragraph 159 of the Complaint.

160.   The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 160 of the Complaint.

161.   The case law cited is self-evident and speaks for itself. FactorTrust denies the allegations contained in paragraph 161 of the Complaint.

162.   FactorTrust denies the allegations contained in paragraph 162 of the Complaint.

163.   FactorTrust denies the allegations contained in paragraph 163 of the Complaint.

164.   FactorTrust is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint, and, therefore, denies same.

## COUNT I

165.   FactorTrust restates and incorporates its responses to paragraphs 1 through 164 above as though fully stated herein.

166.   FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Complaint and, therefore, denies same.

167.   FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint and, therefore, denies same.

168.   FactorTrust denies the allegations contained in paragraph 168 of the Complaint.

169.   FactorTrust denies the allegations contained in paragraph 169 of the Complaint.

170.   FactorTrust denies the allegations contained in paragraph 170 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count I of the Complaint, including all subparts.

7795699.1

## COUNT II

176.    [sic] FactorTrust restates and incorporates its responses to paragraphs 1 through 170 above as though fully stated herein

177.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Complaint and, therefore, denies same.

178.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the Complaint and, therefore, denies same.

179.    FactorTrust denies the allegations contained in paragraph 179 of the Complaint.

180.    FactorTrust denies the allegations contained in paragraph 180 of the Complaint.

181.    FactorTrust denies the allegations contained in paragraph 181 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count II of the Complaint, including all subparts.

## COUNT III

182.    FactorTrust restates and incorporates its responses to paragraphs 1 through 181 above as though fully stated herein

7795699.1

183.   The provisions of 18 U.S.C. § 1961(4) are self-evident and speak for themselves. FactorTrust denies the allegations contained in paragraph 183 of the Complaint.

184.   FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Complaint and, therefore, denies same.

185.   FactorTrust denies the allegations contained in paragraph 185 of the Complaint.

186.   FactorTrust denies the allegations contained in paragraph 186 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count III of the Complaint, including all subparts.

## COUNT IV

187.   FactorTrust restates and incorporates its responses to paragraphs 1 through 186 above as though fully stated herein

188.   The provisions of 18 U.S.C. § 1961(4) are self-evident and speak for themselves. FactorTrust denies the allegations contained in paragraph 188 of the Complaint.

189.   FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint

and, therefore, denies same.

190.    FactorTrust denies the allegations contained in paragraph 190 of the Complaint.

191.    FactorTrust denies the allegations contained in paragraph 191 of the Complaint.

192.    FactorTrust denies the allegations contained in paragraph 192 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count IV of the Complaint, including all subparts.

## COUNT V

171.    [sic] FactorTrust restates and incorporates its responses to paragraphs 1 through 192 above as though fully stated herein.

172.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint and, therefore, denies same.

173.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint and, therefore, denies same.

174.    FactorTrust denies the allegations contained in paragraph 174 of the Complaint.

175.    FactorTrust denies the allegations contained in paragraph 175 of the Complaint.

176.    FactorTrust denies the allegations contained in paragraph 176 of the Complaint.

177.    FactorTrust denies the allegations contained in paragraph 177 of the Complaint, including all subparts.

178.    FactorTrust denies the allegations contained in paragraph 178 of the Complaint.

179.    FactorTrust denies the allegations contained in paragraph 179 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count V of the Complaint, including all subparts.

## COUNT VI

180.    FactorTrust restates and incorporates its responses to paragraphs 1 through 179 above as though fully stated herein.

181.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the Complaint and, therefore, denies same.

182.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Complaint

7795699.1

and, therefore, denies same.

183.   FactorTrust denies the allegations contained in paragraph 183 of the Complaint.

184.   FactorTrust denies the allegations contained in paragraph 184 of the Complaint.

185.   FactorTrust denies the allegations contained in paragraph 185 of the Complaint.

186.   FactorTrust denies the allegations contained in paragraph 186 of the Complaint, including all subparts.

187.   FactorTrust denies the allegations contained in paragraph 187 of the Complaint.

FactorTrust denies the allegations contained in the request for judgment under Count VI of the Complaint, including all subparts.

## COUNT VII

188.   FactorTrust restates and incorporates its responses to paragraphs 1 through 187 above as though fully stated herein.

189.   FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint and, therefore, denies same.

190.   FactorTrust is without knowledge or information sufficient to form a

7795699.1

belief as to the truth of the allegations contained in paragraph 190 of the Complaint and, therefore, denies same.

191.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint and, therefore, denies same.

192.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint and, therefore, denies same.

FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the request for judgment under Count VII of the Complaint, including all subparts.

## <u>COUNT VIII</u>

193.    FactorTrust restates and incorporates its responses to paragraphs 1 through 192 above as though fully stated herein.

194.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 of the Complaint and, therefore, denies same.

195.    FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Complaint and, therefore, denies same.

7795699.1

FactorTrust is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the request for judgment under Count VIII of the Complaint, including all subparts.

**DEMAND FOR JURY TRIAL**

FactorTrust admits that Plaintiff demands a jury trial.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, FactorTrust denies any remaining allegations contained in the Complaint.

## DEFENSES

196.   At all relevant times, FactorTrust maintained and followed reasonable procedures to avoid violations of the Florida CRCPA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

197.   Any alleged damages to Plaintiff, which FactorTrust continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom FactorTrust has no control and for whom FactorTrust has no responsibility.

198.   FactorTrust, in compliance with the Florida CRCPA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

199.   FactorTrust at all times acted in compliance with the Florida CRCPA.

200.   Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity/privilege granted by the FCRA and state law.

201.   Plaintiff failed to mitigate her alleged damages.

202.   Plaintiff's claims for exemplary or punitive damages and the Florida CRCPA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

203.   FactorTrust affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under the Florida CRCPA.

204.   In the event that a settlement is reached between Plaintiff and any other person or entity, FactorTrust is entitled to any settlement credits permitted by law.

205.   Any alleged damages to Plaintiff, which FactorTrust continues to deny, were caused in whole or in part by an intervening or superseding cause.

206.   FactorTrust reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant FactorTrust LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant FactorTrust its costs of suit and

expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/ Ritika Singh*
Ritika Singh
Florida Bar No. 1016708
rsingh@qslwm.com
QUILLING SELANDER LOWNDS,
WINSLETT & MOSER, P.C.
6900 N Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5442
(214) 871-2111 Fax
***Counsel for FactorTrust LLC***

34

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of February 2025, I electronically transmitted the attached document to the Clerk's Office using the online filing system, and that a true and accurate copy was served by electronic mail to:

Fethullah Gulen
fgulen@seraphlegal.com
Seraph Legal P.A.
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
(855) 500-0705 Fax
***Counsel for Plaintiff***

*/s/ Ritika Singh*
**RITIKA SINGH**

7795699.1